# EXHIBIT 1

Massachusetts Sta~ ~lice Digital Evid~ ~nd Multimedia Section
124 Acton Street Maynard, MA 01754 • Telephone 978-451-3550 • Fax 978-451-3551

## CASE REPORT

| | |
|---|---|
| LIMS No: | 10-12884 |
| Report No: | 2 |

| Agency Name: | Agency Case No: | Report To: |
|---|---|---|
| Haverhill Police Dept. | 10026317 | Det. Moses |
| Subject: Forensic Exam of Digital Media | | |

1. On 9/24/10 Detective Fred Corthell, from the Haverhill Police Department submitted 13 items for examination to the Digital Evidence and Multimedia Section (DEMS). Det. Corthell also submitted a copy of a search warrant authorizing the search of these items. This examination was approved by Sgt. Tom Neff, the supervisor of DEMS. All of these items were entered into the LIMS evidence tracking system and assigned the following numbers.

| Description | Item # |
|---|---|
| Gateway FX6840 | 2-1 |
| HP Pavilion | 2-2 |
| HP m7334n | 2-3 |
| Sony Playstation | 2-4 |
| Xbox | 2-5 |
| Sony PS2 | 2-6 |
| Samsung Cell Phone SCH-A310 | 2-7 |
| Samsung Cell Phone SCH-U340 | 2-8 |
| Fujifilm S30000 | 2-9 |
| DVD Movies | 2-10 |
| Floppy Disk | 2-11 |
| Video Cassette Tape | 2-12 |
| 15 CDs | 2-13 |

COPY

2. The hard drive was removed from item 2-1 and observed to be a 1 terabyte Western Digital hard drive, serial number WMAJD1956468. I imaged this drive using FTK Imager version 2.6.1.60, a Tableau write block device, MSP # 79277-1. This process completed successfully and produced 124 image files.

3. While the hard drive was removed from this computer, I turned it on and entered the BIOS setting for it. I observed the local date/time was set to 10/4/10 at 1458. This matched the local date/time, which was determined from www.time.gov.

4. The hard drive was removed from item 2-2 and observed to be a 80 GB Western Digital hard drive, S/N WMAJD1956468. . I imaged this drive using FTK Imager version 2.6.1.60, a Tableau write block device, MSP # 79277-4. This process completed successfully and produced 43 image files.



| Examiner's Name: | Signature: | Date: |
|---|---|---|
| Trooper Kevin S. Hart #3002 | [signature] | 11/4/10 |
| Reviewer's Name: Sgt. Jude Buckley #0672 | Signature: [signature] | Date: NOV 23 2010 |

Massachusetts State Police — Digital Evidence and Multimedia Section

124 Acton Street Maynard, MA 01754 • Telephone 978-451-3550 • Fax 978-451-3551

## CASE REPORT

| | |
|---|---|
| LIMS No: | 10-12884 |
| Report No: | 2 |

5. While the hard drive was removed from this computer, I turned it on and entered the BIOS setting for it. I observed the local date/time was set to 2/22/2008 at 4:47 PM. This did not match the local time which was 10/14/2010 at 2:48 PM.

6. I tem 2-8 was processed using XRY software, which is specifically designed to extract data from cell phones. No pictures could be extracted from this phone using this software, so I manually scrolled through the pictures on the phone. There were no notable pictures found on the phone.

7. An XD card was removed from item 2-9 and imaged using FTK imager, version 2.6.1.60. This item was examined using Encase version 6.16.1.4. There were no notable pictures found on this disk.

8. The image files for item 2-2 were added to Access Data's Forensic Toolkit (FTK), version 1.81.6. I processed the image files for email records. I located 37 incoming email messages that contained notable email attachments. I also located 70 sent emails that contained notable email attachments. In addition to emails with notable attachments I also bookmarked 33 emails that contained identifying information within them. All of the emails can be seen on the evidence disc.

9. There were also two notable AOL chat conversations that were bookmarked.

10. There were a total of 1,695 notable pictures found on item 2-2. All of the pictures were bookmarked, and can be seen on the evidence disc.

11. The image files from item 2-1 were examined using Encase version 6.16.1.4. I browsed the directory structure looking for any notable pictures. I did not find any. I then attempted to carve pictures out of the file thumbcache_256.db. This file is a system file that stores all of the thumbnail pictures located on the system. Thumbnails are smaller versions of pictures that are used by the operating system to display the contents of a picture without opening the full sized version of that picture. I located 56 notable pictures within the thumbcache_256.db file.

12. I also located 17 videos that appeared to be encrypted using Trend Micro File Vault. These files were located in the directory C:\Users\David\AppData\Local\Trend Micro\HCMS\Flock\FileLock. Without the password for the Trend Micro File Vault these files will not be playable.

13. Items 2-3, 2-4, 2-5, 2-6, 2-7, 2-9, 2-10, 2-11, 2-12, and 2-13 were not examined.



| Examiner's Name: | Signature: | Date: |
|---|---|---|
| Trooper Kevin S. Hart #3002 | [signature] | 11/4/10 |
| Reviewer's Name: | Signature: | Date: |
| Sgt. Jude Buckley #0672 | [signature] | NOV 23 2010 |

10-12884

**Massachusetts State Police** ***Digital Evidence and Multimedia Section***
124 Acton Street Maynard, MA 01754 • Telephone 978-451-3550 • Fax 978-451-3551

***CASE REPORT***

| | |
|---|---|
| LIMS No: | **10-12884** |
| Report No: | **2** |

14. In conclusion, there were 37 incoming email messages that contained notable email attachments and 70 sent emails that contained notable email attachments located on item 2-2. There were a total of 1,695 notable pictures found on this item. On item 2-1 there were 56 notable pictures carved from the thumbcache_256.db file and there were 17 videos that appeared to be encrypted using Trend Micro File Vault. . All of the notable pictures have been copied onto a disk labeled Child Victim Identification Disc. It is recommended that the investigating agency forward this disc to the National Center for Missing and Exploited Children so they can attempt to identify the children who appear in these pictures.

COPY



| Examiner's Name: | Signature: | Date: |
|---|---|---|
| Trooper Kevin S. Hart #3002 | [signature] | 11/4/10 |
| Reviewer's Name: Sgt. Jude Buckley #0672 | Signature: [signature] | Date: NOV 23 2010 |

10-12884

**Massachusetts Stat~ ~'ice** *Digital Evide~ ~nd Multimedia Section*
124 Acton Street Maynard, MA 01754 • Telephone 978-451-3550 • Fax 978-451-3551

## CASE REPORT

| | |
|---|---|
| LIMS No: | 10-12884 |
| Report No: | 1 |

| Agency Name: | Agency Case No: | Report To: |
|---|---|---|
| Haverhill Police Dept. | 10026317 | Detective John Moses |
| Subject: Search Warrant at 1 Marshland St, Haverhill | | |

1. On 9/17/2010 I assisted officers from the Haverhill Police Department with the execution of a search warrant at 1 Marshland St., in their city. Prior to entering the house I was provided with a copy of the search warrant, which I read.

2. At approximately 12:50 PM I entered the house and entered a bedroom located on the second floor. Inside the bedroom there was a Gateway FX tower computer, S/N PTGAT02023018146F72700.

3. At 1:00 PM I shut down the computer using the normal shut down procedure. I removed the hard drive and observed that it was a 1 TB Seagate hard drive, S/N 9VP3CWR4. I connected the hard drive to a Tableau hardware write blocking device, MSP # 79277-1 and used my laptop along with Encase version 6 to preview the drive.

4. Within the file C:\Users\David\AppData\Local\Microsoft\Windows\Explorer\thumbcache_256.db I located approximately 40 images that were consistent with child pornography and child erotica. The thumbcache_256.db file is a database file that stores thumbnail pictures of larger pictures that are stored on the computer.

5. The hard drive was disconnected from the hardware write blocker and re-installed into the computer system.

COPY



| Examiner's Name: | Signature: | Date: |
|---|---|---|
| Trooper Kevin S. Hart #3002 | [signature] | 9/28/10 |
| Reviewer's Name: | Signature: | Date: |
| Sgt. Jude Buckley #0672 | [signature] | NOV 23 2010 |

10-12884