# EXHIBIT 2

Essex District Attorney KEITH, DAVID A.

# MIRANDA RIGHTS & RECORDING FORM

## MIRANDA ADVISEMENTS

Before asking you any questions, it is my duty to advise you of your rights.

1. You have the right to remain silent. yes
2. If you choose to speak, anything you say may be used against you in a court of law. yes
3. You have the right to consult with a lawyer before answering any questions, and you may have a lawyer with you during questioning. yes.
4. If you cannot afford a lawyer and want one, a lawyer will be provided at no cost before any questioning. yes.
5. If you decide to answer questions, you may stop at any time. yes.

**Do you understand each of the rights I have just read to you?**

✓ Yes ______ No DK Initials

6. Having these rights in mind, do you wish to speak with me now?

✓ Yes ______ No DK Initials

Signature David Keith

Witnessed by [signature] #2632 Tpr [signature] #2765

Date & Time 09/17/10 1311 Place 1 Marshland Street, Haverhill

## TAPE RECORDING

It is the policy of this department to record all interviews so that there is a record of our discussion. Do we have your permission to tape record our discussion?

✓ Yes, I agree to have our discussion recorded. DK Initials

______ No, I do not want our discussion recorded. ______ Initials

Be advised that you may change your decision at any time during this interview.

Ex#2 EGJ/B mw 11/12/10

Signature David Keith

Witnessed by [signature] #2632 Tpr [signature] #2765

Date & Time 09/17/10 1311 Place 1 Marshland Street, Haverhill, MA

______ Having at first decided not to be recorded, I now choose to have the rest of my interview recorded. ______ Initials

______ Having at first agreed to be recorded, I now choose to have the remainder of my interview not recorded. ______ Initials

Signature ______________________ Date & Time ______________________

10-09-001134 ----- 0000182