# EXHIBIT 3

759801 — *Email #1*
To: Meagan61788@aol.com
From: amanda175069@aim.com
Date/Time: Nov 26, 2009 10:37 AM
IP Address 72.70.113.41

762302 — *Email #2*
To: Meagan61788@aol.com
From: amandadom1993@aim.com
Date/Time: Dec 3, 2009 4:22 PM
IP Address 72.70.113.41

762303 — *Email #3*
To: Meagan61788@aol.com
From: amandadom1993@aim.com
Date/Time: Dec 3, 2009 4:38 PM
IP Address 72.70.113.41

768693 — *Email #4*
To: Meagan61788@aol.com
From: ordricallen@aim.com
Date/Time: Dec 17, 2009 4:05 PM
IP Address 72.70.113.41

768694 — *Email #5*
To: Meagan61788@aol.com
From: ordrickstiro@aim.com
Date/Time: Dec 17, 2009 4:10 PM
IP Address 72.70.113.41

768695 — *Email #6*
To: Meagan61788@aol.com
From: ordricallen@aim.com
Date/Time: Dec 17, 2009 4:19 PM
IP Address 72.70.113.41

768696 — *Email #7*
To: Meagan61788@aol.com
From: amandadomm1993@aim.com
Date/Time: Dec 17, 2009 4:24 PM
IP Address 72.70.113.41

769014 — *Email #8*
To: Meagan61788@aol.com
From: ordrickitn@aim.com
Date/Time: Dec 19, 2009 3:59 PM
IP Address 72.70.113.41

772613 — *Email #9*
To: Mxbabx24578@aim.com
From: amandadomme1693@aim.com
Date/Time: Dec 31, 2009 4:50 PM
IP Address 72.70.113.41

778539 — *Email #10*
To: Laura18lex@aim.com
From: amandadomme9316@aim.com
Date/Time: Jan 16, 2010 2:04 PM
IP Address 72.70.113.41

778540 — *Email #11*
To: Laura18lex@aim.com
From: amandadomme9316@aim.com
Date/Time: Jan 16, 2010 2:09 PM
IP Address 72.70.113.41

778612 — *Email #12*
To: Koda135@aim.com
From: amandadomme9316@aim.com
Date/Time: Jan 17, 2010 3:42 PM
IP Address 72.70.113.41

778612 — *Email #12*
To: Koda135@aim.com
From: amandadomme9316@aim.com
Date/Time: Jan 17, 2010 3:51 PM
IP Address 72.70.113.41

816744 — *Email #13*
To: amypinkbil@cs.com
From: amandamomofivo@aim.com
Date/Time: Mar 27, 2010 7:15 PM
IP Address 72.70.109.136

816745 — *Email #14*
To: amypinkbil@cs.com
From: amandamomofivo@aim.com
Date/Time: Mar 27, 2010 7:21 PM
IP Address 72.70.109.136

816746 — *Email #15*
To: amypinkbil@cs.com
From: amandamomofivo@aim.com
Date/Time: Mar 27, 2010 7:47 PM
IP Address 72.70.109.136

816747 — *Email #17*
To: amypinkbil@cs.com
From: amandamomofivo@aim.com
Date/Time: Mar 27, 2010 7:49 PM
IP Address 72.70.109.136

816748 — *Email #18*
To: amypinkbil@cs.com
From: amandamomofivo@aim.com
Date/Time: Mar 27, 2010 7:53 PM
IP Address 72.70.109.136

838388 — *Email #19*
To: amypinkbil@cs.com
From: [illegible]@aim.com
Date/Time: Apr 19, 2010 12:05 AM
IP Address 72.74.1.71