# Declaration of Don Colcolough

I, DON COLCOLOUGH, hereby state and declare as follows:

1. I am the Director of Investigations and Cyber Security for AOL Inc. ("AOL") in the Public Safety and Criminal Investigations group within AOL's Legal Department. I am a Certified Information Systems Security Professional (CISSP) and a Certified Information Privacy Professional (CIPP).
2. I have held various positions at AOL since 1994, and I am familiar with the operations of AOL's services, including AOL's e-mail technology and its network infrastructure. The information contained in this declaration is based on my own personal knowledge and on information to which I have access in my role as Director of Investigations and Cyber Security for AOL.
3. I am familiar with various systems employed by AOL for the purpose of protection AOL property, including hardware, software and other forms of electronic and intellectual property that are essential to the successful everyday operations of AOL, as well as the security of those systems and of AOL users.
4. Among the tools used by AOL are various scanning tools, including but not limited to those tools which use hash values to recognize certain files that may be detrimental to AOL, its property and its users.
5. A hash value is an algorithmic calculation that yields an alphanumeric value for a file or data set. The hash value may be analogized to a fingerprint, in that it is a well-established means of identifying and verifying electronic files. Using a hash algorithm, a scanning system can scan numerous files and identify those files with a known hash value. Identified files can be isolated, removed, or quarantined.
6. AOL uses hash values to identify and isolate files within its system. AOL commonly uses hash values to identify files depicting apparent child pornography. Hash values used to identify images of apparent child pornography within AOL's system are not received or accepted from any governmental or law enforcement agencies.
7. The AOL scanning tool used for identifying images of apparent child pornography is known as the Image Detection and Filtering Process ("IDFP"). AOL developed and began using the IDFP in order to protect is rights and property against lawbreakers and to prevent the network from being used to carry or store contraband, such as child pornography. By 2004 AOL had modified the IDFP to include an automatic report to the CyberTipline operated by the National Center for

Missing and Exploited Children ("NCMEC"). The CyberTipline report fulfills the statutory mandate imposed by Congress on every Internet service provider to report images of apparent child pornography of which they become aware.

8. AOL made a business decision to develop and utilize its IDFP technology. The purpose was to identify threats to AOL's network, whether reputational or otherwise. As such, AOL screens for malware, spam, and contraband. AOL was the first Internet service provider to develop an image detection process of this nature. The government did not direct AOL to create the program, request or suggest it be created, or assist in the process of developing IDFP.
9. When AOL identifies files depicting apparent child pornography within its systems, it is required to notify NCMEC and to provide such images to that organization.
10. To the best of my knowledge and belief, at no time did AOL or any of its employees obtain information from any government or law enforcement agency related to the hash values associated with the apparent images of child pornography identified in the AOL account of David A. Keith ("Defendant") by AOL's IDFP. To the best of my knowledge, there was no request by any law enforcement agency for the purposes of IDFP (i) to search files associated with Defendant's AOL account for any purpose, including to detect child pornography or other contraband, or (ii) to assist in the investigation of that case or to provide information obtained from AOL systems.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

6/18/12
DATE

Don Colcolough
DON COLCOLOUGH
Declarant

COMMONWEALTH OF VIRGINIA )
)
LOUDOUN COUNTY )

SUBSCRIBED and SWORN before me this 18th day of June, 2012.

TRACY LEIGH GRIFFIN
NOTARY PUBLIC
REGISTRATION NO. 294491
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
31 AUGUST 2012

Tracy Leigh Griffin
Tracy Leigh Griffin, NOTARY PUBLIC
My Commission Expires: August 31, 2012
NRN 294491