UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 11-10294-GAO
                                )
DAVID A. KEITH                  )

             MOTION TO SUPPRESS EVIDENCE DERIVED FROM
                DEFENDANT'S HEWLETT PACKARD COMPUTER

   Defendant, David Keith, respectfully moves, pursuant to the Fourth Amendment of the United States Constitution and Fed. R. Crim. P. 12, to suppress the fruits of the forensic search of his Hewlett Packard Pavilion 700 tower computer ("HP computer") that was seized from his residence at 1 Marshland Street, Haverhill, Massachusetts on September 20, 2014.  As grounds for this Motion, defendant states that he had a reasonable expectation of privacy in the contents of the HP computer and the law enforcement search of the contents in the absence of a search warrant was impermissible.  All evidence flowing from the illegal search must be suppressed.  See Wong Sun v. United States, 371 U.S. 471 (1963).

                                        DAVID KEITH
                                        By his attorney,


                                        /s/ Timothy G. Watkins
                                        Timothy G. Watkins

```
                              Federal Defender Office
                              51 Sleeper St. 5th Floor
                              Boston, MA 02210
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 28, 2014.

```
                              /s/ Timothy G. Watkins
                              Timothy G. Watkins
```