Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** David A. Keith | **Case Number:** 0101 1:11CR10294-001-GAO |
| **Name of Sentencing Judicial Officer:** | Honorable George A. O'Toole, Senior U.S. District Judge |
| **Date of Original Sentence:** | 9/9/2014 |
| **Date of 1st Revocation Sentence:** | 10/10/2019 |
| **Original Offense:** | Distribution of Child Pornography, in violation of 18 U.S.C. §2252(a)(2); Possession of Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B); Accessing Child Pornography, in violation of 18 U.S.C. §2252(a)(4)(B) |
| **Original Sentence:** | 78 months of custody followed by 120 months of supervised release |
| **1st Revocation Sentence:** | 90 days of custody followed by 7 years of supervised release |
| **Type of Supervision:** Supervised Release | **Date 1st Supervision Commenced:** 2/18/2020 |
| **Asst. U.S. Attorney:** Suzanne Sullivan Jacobus | **Defense Attorney:** Jane F. Peachy |

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| I | **Violation of Mandatory Condition:** The defendant shall not commit another federal, state, or local crime. |
| | On 6/8/2025, in Haverhill, MA, Mr. Keith committed Indecent Exposure. On 6/10/2025, the Haverhill Police Department filed a request for a warrant with the Haverhill District Court and charged Mr. Keith with Indecent Exposure. At the time this petition was filed, the Probation Office was not aware if a warrant or a summons was issued for this criminal offense. |

1

Evidence to support this violation includes the testimony of this officer, a video capturing the incident, and a police report from the Haverhill Police Department, Incident # 25030504.

**II**     **Violation of Standard Condition #3: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

On 3/18/2025, in Haverhill, MA, Sr. U.S. Probation Officer Michael Forman instructed Mr. Keith that it was unacceptable to urinate in public and to expose himself in public. On 6/8/2025, Mr. Keith failed to follow this instruction when he urinated in a public area and exposed himself in Haverhill, MA.

Evidence to support this violation includes the testimony of this officer.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- ☒ Revoked
- ☐ Extended for   year(s), for a total term of years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed and Approved by:

*/s/ Thomas C. Mullen, III*
Thomas C. Mullen, III
Supervisory U.S. Probation Officer
(978) 687-3976

Respectfully submitted,

*/s/ Michael D. Forman*
Michael D. Forman
Sr. U.S. Probation Officer
Date: 06/13/2025
(508) 726-3539

**THE COURT ORDERS**
- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

_____
Honorable George A. O'Toole

_____
Date

2